| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>LAW OFFICE OF STEVEN P. CHANG<br>Steven P. Chang, SBN 221783<br>Heidi Cheng, SBN 289149<br>801 South Garfield Avenue, #338<br>Alhambra, CA  91801<br>(626) 281-1232 | CLEAR FORM |

ATTORNEY(S) FOR:  Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEJIANG CHAIRMENG FURNITURE CO., LTD., et al.,<br><br>                                              Plaintiff(s),<br>v.<br>PRESTIGE FURNITURE, LLC, and DOES 1 to 10<br><br>                                              Defendant(s) | CASE NUMBER:   2:14-cv-06339<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   ZHEJIANG CHAIRMENG FURNITURE CO., LTD., et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ZHEJIANG CHAIRMENG FURNITURE CO., LTD., a Chinese limited company | Plaintiff |
| GUOZHI QIAO | Plaintiff |
| VOGUE FURNITURE DIRECT, INC., a California corporation | Plaintiff |

August 12, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

ZHEJIANG CHAIRMENT FURNITURE CO., LTD., et al.