Steven P. Chang, Esq.  SBN 221783
Heidi M. Cheng, Esq.  SBN 289419
LAW OFFICES OF STEVEN P. CHANG
801 South Garfield Avenue, Suite 338
Telephone: (626)281-1232
Facsimile: (626)281-2919
Email: schang@spclawoffice.com

Attorneys for Plaintiff:
ZHEJIANG CHAIRMENG FURNITURE
CO., LTD.; GUOZHI QIAO; VOGUE
FURNITURE DIRECT, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEJIANG CHAIRMENG FURNITURE CO., LTD., a Chinese limited company; GUOZHI QIAO; VOGUE FURNITURE DIRECT INC., a California corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>PRESTIGE FURNITURE, LLC; and DOES 1 to 10,<br><br>          Defendants. | Case No.<br><br>**DISCLOSURE STATEMENT FILED BY PLAINTIFF VOGUE FURNITURE DIRECT, INC. PURSUANT TO FED. R. CIV. P. 7.1(a)** |

1

**DISCLOSURE STATEMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      Pursuant to Federal Rule of Civil Procedure 7.1(a), VOGUE FURNITURE DIRECT, INC. states that it has no parent corporation and no publicly held corporation owns a 10% or greater ownership interest in its stock.

Dated: August 12, 2014

Respectfully Submitted,

LAW OFFICES OF STEVEN P. CHANG

By: _____/s/ Heidi Cheng_____
        Steven P. Chang
        Heidi M. Cheng
        Attorneys for Plaintiff

2

**DISCLOSURE STATEMENT**