| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Steven P. Chang SBN 221783<br>Steven P. Chang<br>801 S. Garfield Avenue Suite 338<br>Alhambra CA 91801<br>ATTORNEY FOR    Plaintiff | 6262811232<br><br>Ref. No. or File No.<br>9786 | |
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT FILING, LOS ANGELES<br>312 N Spring St, Rm G-8<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Qiao, Guozhi   v. Prestige Furniture, LLC | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>1012433 | | CASE NUMBER:<br>2:14-cv-06339-PJW |

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons in A Civil Action; Complaint; Notice to Counsel; Statement of Consent to Proceed Before A United States Magistrate Judge (For Use in Direct Assignment of Civil Cases to Magistrate Juges Program Only);

On: Prestige Furniture, LLC

At: 312 N. Green St.
    Tupelo, MS 38804

In the above mentioned action by personally serving to and leaving with

Michael B. Gratz, Jr.

Whose title is: Agent for Service

On: 8/25/2014                    At: 11:30 AM

Person who served papers
  a. Name: Phil Gann
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
  c. Telephone number: 909-664-9565

CONTINUED ON NEXT PAGE

| PLAINTIFF/PETITIONER: Zhejiang Chairmeng Furniture Co., Ltd.<br>DEFENDANT/RESPONDENT: Prestige Furniture, LLC | CASE NUMBER:<br>2:14-cv-06339-PJW |
|---|---|

d. The fee for this service was: 149.00
e. I am:
(3) [X] a registered MS process server:
    (i) [X] Independent Contractor
    (ii) Registration No.:
    (iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

8/28/2014

Phil Gann

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-16

**Declaration of Service**