1  LAWRENCE DEAS (State Bar No. 100227)
   (pro hac vice application pending)
2  DEAS & DEAS, LLC
   353 N. Green Street
3  Tupelo, Mississippi 38804
   Telephone: (662) 842-4546
4  Facsimile: (662) 842-5449
   Lawrence@deaslawfirm.com
5
   JOSEPH BOLNICK (CA State Bar No. 93542)
6  SHAWNCOULSON
   1880 Century Park East, Suite 516
7  Los Angeles, California  90067-1605
   Telephone (310) 552-8233
8  Facsimile:  (310) 551-2301
   jsbjoey@gmail.com
9  Attorneys for Defendant PRESTIGE FURNITURE, LLC

10              **UNITED STATES DISTRICT COURT**

11           **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
12

13 | ZHEJIANG CHAIRMENG FURNITURE CO., LTD., a Chinese limited company; GUOZHI QIAO; VOGUE FURNITURE DIRECT INC., a California corporation, | CASE NO.: 2:14-CV-06339 PJW |
|---|---|
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(3) OR, ALTERNATIVELY, TRANSFER ACTION PURSUANT TO, 28 U.S.C. §1406 OR 28 U.S.C. §1404** |
| v. | |
| PRESTIGE FURNITURE, LLC; and DOES 1 TO 10, | |
| Defendants. | Judge:  Hon. Patrick J. Walsh |
|  | Date:    November 6, 2014<br>Time:    11:00 a.m.<br>Court:   23 |

DEFENDANT'S NOTICE OF MOTION & MOTION TO DISMISS PURSUANT TO
FED.R.CIV.P. 12(b)(3) OR, ALTERNATIVELY, TO TRANSFER PURSUANT TO 28 U.S.C
§1406 or §1404

### NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER ACTION

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

NOTICE is hereby given that on November 6, 2014 at 11:00 am. or as soon thereafter as the Court may hear this matter in Courtroom 23 of the United States Courthouse at 312 N. Spring Street, Los Angeles, California 90012, Defendant Prestige Furniture, LLC will and herby does move the Court for an order dismissing Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 12(b)(3) or, alternatively, transferring this motion to the United States District Court for the Northern District of Mississippi pursuant to 28 U.S.C. §1406 or 28 U.S.C. §1404.  No oral argument will occur unless requested by the Court.

This motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the supporting Declarations of Joseph S. Bolnick and Murray Engle and all exhibits thereto that are being filed concurrently with this motion; all pleadings and documents on file in this action; and such other materials or argument as the Court may properly consider in deciding this Motion.

Dated: October 6, 2014                    SHAWNCOULSON

/s/ Joseph S. Bolnick_____
JOSEPH S. BOLNICK
Attorney for Defendant
Prestige Furniture LLC

1
DEFENDANT'S NOTICE OF MOTION & MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(3) OR, ALTERNATIVELY, TO TRANSFER PURSUANT TO 28 U.S.C §1406 or §1404

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to counsel who have electronically registered with the Court, and that I have mailed by United States mail and/or electronically transmitted the document to non-ECF participants. The following is a list of counsel to which I have served notice of this document by one of the above means:

> Steven P. Chang, Esq.
> schang@spclawoffice.com
> Heidi Cheng, Esq.
> heidi@spclawoffice.com
> Law Offices of Steven B. Chang
> 801 South Garfield Avenue, Suite B
> Alhambra, CA  91801

/s/Joseph S. Bolnick