MEMORANDUM OF UNDERSTANDING

Zhejiang Chairmeng Furniture Co., LTD; Mr. Guozhi Qiao

And

Prestige Furniture, LLC

The parties hereto, Zhejiang Chairmeng Furniture Co., LTD and Mr. Guozhi Qiao ("Manufacturer") and Prestige Furniture, LLC ("Marketer") enter into the following binding agreement, based upon adequate consideration, the sufficiency of which is hereby acknowledged:

1. **Term** – the term of this Agreement is two years from the date of execution and shall renew automatically for successive two year terms unless written notice is provided by one party to the other no later than six months prior to the expiration date of the then current term.

2. **Exclusive Right to Market** – Marketer shall have the exclusive right to market all furniture produced by Manufacturer to furniture retailers in the North American market. Manufacturer shall be permitted to continue sales to North American importers with whom Manufacturer is currently selling. The existing importers and furniture styles subject to this exception are set forth in Exhibit A, attached hereto and incorporated by reference.

3. **Duties of Marketer** – Marketer shall: (1) provide all marketing and merchandising services for the North American market; (2) assume responsibility for management and compensation all sales personnel; and (3) secure and develop a trade name and brand presence in the North American market. Murray Engle, manager of Prestige Furniture, LLC, agrees that he will not market Chinese-manufactured furniture other than furniture made by Manufacturer.

4. **Duties of Manufacturer** – Manufacturer shall: (1) pay all costs associated with the production and shipment of samples to be used in Marketer's North American sales program; (2) pay the furniture design team as set forth in Paragraph 5, below; (3) pay Marketer as set forth in Paragraph 6, below; (4) pay the costs of an office, showroom and storage facility in California, including staff salaries and all office expenses and inventory costs, to handle customer service, orders, and parts.

5. **Furniture Design Costs** – Manufacturer shall pay furniture design costs as follows: (1) $4000.00 per month for six months; (2) after the first six months, furniture designer shall be paid a royalty in the amount of 2% of the gross sales on all products exclusively designed for the enterprise created by way of this agreement.

6. **Compensation of Marketer** – Marketer shall be compensated for its efforts as follows: (1) for the first six months, Marketer shall be paid $15,000.00 per month, with the first payment due on August 15, 2013, and subsequent payments due by the 15th day of each successive month;



EXHIBIT A

(2) for the first six months, Marketer shall also be paid a commission of 4% of gross sales made to all retailers in the North American market; (3) during the sixth, seventh, eighth, ninth, tenth, eleventh and twelfth months, Marketer shall be paid $7500.00 per month, due by the 15th day of each month, as well as a commission of 6% of gross sales made to all retailers in the North American market; (3) thereafter, Marketer shall be paid a commission of 6% of gross sales made to all retailers in the North American market.

7. <u>Travel Expenses</u> – Manufacturer shall pay travel expenses for Marketer for such trips to China as the parties deem necessary, including business class airfare. Such expenses will only be paid for trips involving work done for Manufacturer.

8. <u>Choice of Law</u> – The Parties agree that this enterprise shall be operated and maintained in the State of Mississippi, USA and that all business issues, contracts, disputes or other matters arising out of the relationship created by this agreement shall be interpreted and decided pursuant to Mississippi law.

AGREED TO:

_[signature]_

Prestige Furniture, LLC

By: Murray Engle, Manager

8/2/13

DATE

_[signature]_

Zhejiang Chairmeng Furniture Co., LTD

8/3/13

DATE