```
1  LAWRENCE DEAS (State Bar No. 100227)
   (pro hac vice application pending)
2  DEAS & DEAS, LLC
   353 N. Green Street
3  Tupelo, Mississippi 38804
   Telephone: (662) 842-4546
4  Facsimile: (662) 842-5449
   Lawrence@deaslawfirm.com
5
   JOSEPH BOLNICK (Cal. State Bar No. 93542)
6  SHAWNCOULSON
   1880 Century Park East, Suite 516
7  Los Angeles, California  90067-1605
   Telephone (310) 552-8233
8  Facsimile:  (310) 551-2301
   jsbjoey@gmail.com
9  Attorneys for Defendants PRESTIGE FURNITURE, LLC
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZHEJIANG CHAIRMENG FURNITURE CO., LTD., a Chinese limited company; GUOZHI QIAO; VOGUE FURNITURE DIRECT INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE FURNITURE, LLC; and DOES 1 TO 10,<br><br>Defendants. | CASE NO.: 2:14-CV-06339 PJM<br><br>DECLARATION OF JOSEPH S. BOLNICK IN SUPPORT OF MOTION TO DISMISS OR ALTERNATIVELY, TRANSFER ACTION<br><br>Judge:  Hon. Patrick J. Walsh<br><br>Date:   November 6, 2014<br>Time:   11:00 a.m.<br>Court:  23 |

DECLARATION OF JOSEPH S. BOLNICK

S:\96000\040\Pretige Bolnick Declaration re Motion to Dismiss.doc

I, JOSEPH S. BOLNICK, do declare and state the following:

1. I am an attorney licensed to practice law in the State of California (SBN 93542). I am local counsel for defendant Prestige Furniture, LLC ("Prestige"). The following facts are within my personal knowledge and if called as a witness I could and would testify competently thereto.

2. In compliance with Local Rule 7-3, today, October 1, 2014, I telephoned the Law Offices of Steven Chang at approximately 9:30 a.m. Mr. Lawrence of Deas and Deas, LLC, also counsel to Prestige (pro hac vice application pending) was also present on the call. I was informed by the receptionist, Izea Baez, that Mr. Chang would be unavailable today. He also informed me that Mr. Chang's assistant counsel, Heidi Cheng, would also be unavailable today. I left my phone number and called these offices twice again, once in the morning and once in the afternoon. I was again advised of the unavailability of local counsel. I then emailed our motion to Ms. Cheng.

3. I have attempted to telephone Mr. Chang on previous days. On some of those occasions I was able to speak with Ms. Heidi Cheng, an attorney at the Law Offices of Steven Chang, and who is working on this case with Mr. Chang. At those times Ms. Cheng informed me that I would need to speak to Mr. Chang as to any substantive matter, because she was not authorized to make any decisions regarding the case.

I swear under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2014, in Los Angeles, California.

_____
JOSEPH S. BOLNICK

1
DECLARATION OF JOSEPH S. BOLNICK

S:\96000\040\Pretige Bolnick Declaration re Motion to Dismiss.doc

# CERTIFICATE OF SERVICE

    I hereby certify that I have electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to counsel who have electronically registered with the Court, and that I have mailed by United States mail and/or electronically transmitted the document to non-ECF participants. The following is a list of counsel to which I have served notice of this document by one of the above means:

Steven P. Chang, Esq.
schang@spclawoffice.com
Heidi Cheng, Esq.
heidi@spclawoffice.com
Law Offices of Steven B. Chang
801 South Garfield Avenue, Suite B
Alhambra, CA  91801

/s/Joseph S. Bolnick

2
DECLARATION OF JOSEPH S. BOLNICK

S:\96000\040\Pretige Bolnick Declaration re Motion to Dismiss.doc