JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/17/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEJIANG CHAIRMENG FURNITURE CO., LTD., a Chinese limited company; GUOZHI QIAO; VOGUE FURNITURE DIRECT INC., a California corporation,<br><br>   Plaintiffs,<br><br>vs.<br><br>PRESTIGE FURNITURE, LLC; and DOES 1 to 10,<br><br>   Defendants. | Case No.: 2:14-CV-06339-MWF-RZ<br><br><br>**JUDGMENT** |

   In accordance with the Notices of Offer and Acceptance of Judgment (Docket Nos. 40, 41), and pursuant to Rule 68 of the Federal Rules of Civil Procedure,

   **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

   1.   Judgment shall be entered in favor of Plaintiffs ZHEJIANG CHAIRMENG FURNITURE CO., LTD., GUOZHI QIAO, and VOGUE FURNTIURE DIRECT, INC. and against Defendant PRESTIGE FURNITURE, LLC

in the amount of $140,000.00 principal, plus prejudgment interests and costs incurred herein;

    2.    Defendant PRESTIGE FURNITURE, LLC, is found to be in breach of the Memorandum of Understanding ("MOU"), and Plaintiff VOGUE is found to be a third party beneficiary under the MOU. Plaintiffs are entitled to the performance of Defendant PRESTIGE FURNITURE, LLC under the MOU;

    3.    Each party shall bear their own attorneys' fees incurred in this proceeding; and

    4.    DOES 1 through 10 are hereby dismissed without prejudice.

Dated: June 17, 2016                  _____
                                                   MICHAEL W. FITZGERALD
                                                   United States District Judge